

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| DORIS WHITE BOLDEN, MELVIN BOLDEN, ALVIN COLLINS, ANIKA WORDLAW-COLLINS, ANDREW AND JULIE ASTELL | * * * * * | CIVIL ACTION N- 04-1125 NO. |
| VERSUS | * * | SECTION N MAG. 3 |
| NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK AND CANADIAN NATIONAL RAILWAY COMPANY | * | MAGISTRATE |

*************************************************************************

## PETITION FOR DAMAGES

THE JOINT petition of DORIS WHITE BOLDEN, MELVIN BOLDEN, full age residents of the City of Vicksburg, State of Mississippi, ALVIN COLLINS, ANIKA WORDLAW-COLLINS, full age residents of the City of Ruston, State of Louisiana and ANDREW AND JULIE ASTELL, full age residents of the City of Croydon, State of Surrey, United Kingdom respectfully aver:

1.

Defendant, NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK is a foreign corporation organized under laws other than the State of Louisiana but doing business in this parish and state and, at all pertinent times hereto, operated the "City of New Orleans" a passenger train operating between New Orleans and Chicago; defendant, CANADIAN NATIONAL RAILWAY COMPANY is a foreign corporation organized under laws other than this parish and state and, at all pertinent times hereto, owned a stretch of railway track in Flora, Mississippi where the "City of New Orleans" train derailed.

2.

That said defendants are justly and truly indebted unto your petitioners for the sum of THREE HUNDRED THOUSAND AND NO DOLLARS ($300,000.00) for each plaintiff and for the following reasons, to wit:

3.

On or about April 6, 2004, plaintiffs boarded NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK's "City of New Orleans" train in New Orleans and were northbound to Chicago when, suddenly and without warning the train derailed at about 6:35 p.m. at milepost 195.6 near Flora, Mississippi.

4.

Petitioners aver that the sole and proximate cause of the train's derailment was the poor condition of the CANADIAN NATIONAL RAILWAY COMPANY's tracks and the negligence of the conductor of the "City of New Orleans" train owned by NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK in failing to maintain a proper look out for defective train tracks.

5.

As a result of the aforementioned accident and as a direct and proximate cause thereof, your petitioners sustained the following injuries and damages:

<u>DORIS WHITE BOLDEN</u>

    Acute cervical and lumbar strain;

    Numerous contusions of the face and body;

    Emotional stress and strain;

    Anxiety and traumatic stress syndrome.

MELVIN BOLDEN

 Acute cervical and lumbar strain;

 Numerous contusions of the face and body;

 Emotional stress and strain;

 Anxiety and traumatic stress syndrome.

ALVIN COLLINS

 Acute cervical and lumbar strain;

 Numerous contusions of the face and body;

 Emotional stress and strain;

 Anxiety and traumatic stress syndrome.

ANIKA WORDLAW-COLLINS

 Acute cervical and lumbar strain;

 Numerous contusions of the face and body;

 Emotional stress and strain;

 Anxiety and traumatic stress syndrome.

ANDREW ASTELL

 Acute cervical and lumbar strain;

 Numerous contusions of the face and body;

 Emotional stress and strain;

 Anxiety and traumatic stress syndrome.

JULIE ASTELL

Acute cervical and lumbar strain;

Numerous contusions of the face and body;

Emotional stress and strain;

Anxiety and traumatic stress syndrome.

6.

Your petitioners itemize their damages as follows:

DORIS WHITE BOLDEN

$300,000.00

MELVIN BOLDEN

$300,000.00

ALVIN COLLINS

$300,000.00

ANIKA WORDLAW-COLLINS

$300,000.00

ANDREW ASTELL

$300.000.00

JULIE ASTELL

$300,000.00

7.

Petitioners aver amicable demand upon your defendants to no avail.

8.

Petitioners demand trial by jury in accordance with the Federal Rules of Civil Procedure

WHEREFORE, petitioners pray that a copy of this petition be served upon each defendant herein; that they be duly cited to appear and answer same and, after all legal delays and due proceedings had there be judgment in favor of plaintiffs, DORIS WHITE BOLDEN, MELVIN BOLDEN, ALVIN COLLINS, ANIKA WORDLAW-COLLINS, ANDREW AND JULIE ASTELL and against defendants, NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK and CANADIAN NATIONAL RAILWAY COMPANY, jointly, severally and in solido for the sum of ONE MILLION EIGHT HUNDRED THOUSAND DOLLARS AND NO/100 ($1,800,000.00) together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, for trial by jury and for all general and equitable relief.

Respectfully submitted,

_____
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiffs

PLEASE SERVE:

NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A AMTRAK
Through the Louisiana Long Arm Statute
Through its agent for service of process:
Mr. David L. Gunn
President & CEO
60 Massachusetts Ave., N.E.
Washington, D.C. 20002


CANADIAN NATIONAL RAILWAY COMPANY
Through the Louisiana Long Arm Statute
Through its proper agent:
E. Hunter Harrison, President and CEO
935 de la Gauchetiere St. West
Montreal, Quebec H3B 2M9, Canada

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 APR 20 PM 5:02
LORETTA G. WHYTE
CLERK

Date: 4/30/04

Doris White Bulder, et al
National Railroad Passenger TBA
Amtrak, et al
vs.

Case No. 04-1125   Section

SECT. N MAG. 3

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Amtrak, Inc
   (address) 60 Massachusetts Ave N.E
              Washington, DC

2. (name) _____
   (address) _____

3. (name) Canadian National Railway Co
   (address) 935 de la Gauchetiere St. West
              Montreal Quebec H3B 2M9 Canada

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Doris White Bulder et al
Address 823 St. Louis St.
N.O LA 70112

___ Fee
✓ Process
X Dkt
___ CtRmDep
___ Doc. No.