

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DORIS WHITE BOLDEN, ET AL | CIVIL ACTION NO. 04-1125, c/w 04-1241, c/w 04-1995, c/w 05-1314 |
| Plaintiffs | |
| VERSUS | |
| | MAG.: MAGISTRATE 3 |
| NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK AND CANADIAN NATIONAL RAILWAY COMPANY | |
| Defendants | JUDGE: SECTION N |

### ~~JOINT~~ STIPULATION

NOW COMES, the following parties, appearing herein through undersigned counsel, who hereby desire to and do enter into the following stipulation in the captioned consolidated matters:

Defendant, NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK ("AMTRAK"), and

Defendant CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD COMPANY ("CN/IC"),

~~Plaintiff, DORIS BOLDEN,~~

~~Plaintiff, MELVIN BOLDEN,~~

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___

~~Plaintiff, ANDREW ASTELL,~~

~~Plaintiff, JULIE ASTELL,~~

~~Plaintiff, ANIKA COLLINS,~~

~~Plaintiff, ALVIN COLLINS,~~

~~Plaintiff, JOHNNY SINGLETON,~~

Plaintiff, MARK LAPAPA,

The foregoing parties do hereby stipulate as follows:

Defendants AMTRAK and CN/IC do hereby concede and have previously by their answer and pleadings filed herein conceded liability for the derailment of Amtrak Train no. 58 "City of New Orleans" which occurred on April 6, 2004.

Defendants do further stipulate that the above named plaintiff's were passengers on Amtrak's "City of New Orleans" at the time of the subject derailment.

Plaintiff's appearing herein, through their undersigned counsel, do agree and stipulate that the only issues relevant at the trial of this matter are causation of and compensatory damages for personal injuries and loss of property resulting from the subject derailment.

BY ATTORNEYS:

_____  
Darleen Jacobs  
Robert Preston  
JACOBS & SARRAT  
823 St. Louis Street  
New Orleans, LA 70112  
Counsel for plaintiffs, Doris and Melvin Bolden, Andrew and Julie Astell, Alvin and Anika Collins and Johnny Singleton

_____  
David Oestreicher  
307 Exchange Alley  
New Orleans, LA  
Counsel for plaintiff, Mark Lapapa

_____
Rachelle D. Dick
FORRESTER, JORDAN & DICK
7809 Jefferson Hwy., Suite G
Baton Rouge, LA  70809
Counsel for defendant, Amtrak and CN/IC