

```
                              2005 JUL 18  PM 1:42

                              LORETTA G. WHYTE
                                   CLERK
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA
```

DORIS WHITE BOLDEN, ET AL        CIVIL ACTION

VERSUS        NO. 04-1125 & CC

NATIONAL RAILROAD PASSENGER        SECTION "N" (3)
CORPORATION, ET AL

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties in Civil Action No. 04-1125, Civil Action No. 05-1314, and Civil Action No. 04-1995 have firmly agreed upon a compromise,

IT IS ORDERED that Civil Action No. 04-1125, Civil Action No. 05-1314, and Civil Action No. 04-1995 are hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this _15th_ day of July, 2005.

```
                    _____
                         KURT D. ENGELHARDT
                    UNITED STATES DISTRICT JUDGE
```

```
___ Fee_____
___ Process__
 X  Dktd_____
___ CtRmDep__
___ Doc. No.__
```