

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK RAYMOND LAPAPA                    CIVIL ACTION

VERSUS                                 NO. 04-1241 c/w 04-1125

NATIONAL RAILROAD PASSENGER            SECTION "N"
CORPORATION, ET AL

## J U D G M E N T

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Mark Raymond LaPaPa, and against defendants, National Railroad Passenger Corporation d/b/a Amtrak, and Canadian National a/k/a Illinois Central Railroad Company, in the amount of $5,577.47 with interest from the date of judicial demand and with costs.

New Orleans, Louisiana, this 20th day of July, 2005.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____