United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**FILED**
August 30, 2006

Charles R. Fulbruge III
Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 6 2006

LORETTA G. WHYTE
CLERK

No. 06-30066
Summary Calendar

D.C. Docket No. 2:05-CV-1314
2:04-CV-1995
2:04-CV-1241
2:04-CV-1125

DORIS WHITE BOLDEN, ET AL

    Plaintiffs

v.

NATIONAL RAILROAD PASSENGER CORPORATION, ETC; ET AL

    Defendants

**************************************************************

MARK RAYMOND LAPAPA

    Plaintiff - Appellant

v.

NATIONAL RAILROAD PASSENGER CORPORATION, doing business as Amtrak; CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD COMPANY

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

___ Fee_____
___ Processed the___
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:   NOV 0 3 2006

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana   NOV 0 3 2006